In the Matter of the Estate of MAY E. GORDON, Deceased. JAMES L. CLARE, as Executor, et al., Appellants and Respondents; JOSEPHINE COONEY et al., Respondents.

Argued January 6, 1942; decided February 26, 1942.

778

*Walter E. Warner, Jr.*, for James L. Clare, as executor, appellant.

*Carl Eill Schiffer*, special guardian, appellant.

*John Francis Ryan* for Josephine Cooney, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEWIS, J.